|   |   |
|---|---|
| 1 | ANDRÉ BIROTTE JR. |
| 2 | United States Attorney |
|   | LEON W. WEIDMAN |
| 3 | Assistant United States Attorney |
| 4 | Chief, Civil Division |
|   | SUSAN L. SMITH, CSBN 253808 |
| 5 | Special Assistant United States Attorney |

      160 Spear Street, Suite 800
      San Francisco, CA  94105
      Telephone:  415-977-8973
      Facsimile:  415-744-0134
      E-Mail:  susan.l.smith@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| VALERIE A. CRUZ SMITH, | ) No. 2:13-cv-06860-AGR |
|---|---|
|   | ) |
| Plaintiff, | ) **JUDGMENT OF REMAND** |
|   | ) |
| v. | ) |
|   | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
|   | ) |
| Defendant. | ) |

      The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of

Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  April 22, 2014

_____
HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE